```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

**ROBERT N GRIMES,**                                 24-cv-5643 (JGK)

          **Plaintiff,**                   <u>ORDER</u>

   - against -

**UNITED STATES OF AMERICA, ET AL.,**

          **Defendant.**

--------------------------------------------------

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants Sition, LLC, and Taxifleet Management LLC to answer was August 20, 2024. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **September 3, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **August 28, 2024.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 23, 2024**

                                       <u>/s/ John G. Koeltl</u>
                                         **John G. Koeltl**
                         **United States District Judge**