UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT N GRIMES,

        Plaintiff,

- against -

UNITED STATES OF AMERICA, ET AL.,

        Defendants.

---

24-cv-5643 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Oumar Camara to answer was August 28, 2024. See ECF No. 22. To date, no answer has been filed.

The time to answer is extended to **September 11, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **September 9, 2024**.

SO ORDERED.

Dated:    New York, New York
            September 3, 2024

                                              John G. Koeltl
                                        United States District Judge