UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT N GRIMES,

                Plaintiff,        24-cv-5643 (JGK)

      - against -              ORDER

UNITED STATES OF AMERICA, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 15, 2024.

SO ORDERED.

Dated:    New York, New York
          October 1, 2024

                                          John G. Koeltl
                                  United States District Judge