UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT N. GRIMES,
                Plaintiff(s)

      -against-

UNITED STATES OF AMERICA, et al,
                Defendant(s).
------------------------------------------------------------X

24 civ 5643 (JGK)

## ORDER

A scheduling order having been entered on October 17, 2024,

The Conference scheduled for November 26, 2024, at 4:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 18, 2024