UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT N GRIMES,

               Plaintiff,           24-cv-5643 (JGK)

    - against -                ORDER

OUMAR CAMARA, ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The parties should complete discovery by **June 27, 2025**. Any dispositive motions should be filed by **July 18, 2025**. The parties should file a joint pretrial order by **August 15, 2025**, or 21 days after the decision of any dispositive motion. The parties shall be ready for trial on 48 hours' notice, 21 days after the filing of the pretrial order.

SO ORDERED.
Dated:    New York, New York
          April 1, 2025

                                              John G. Koeltl
                                       United States District Judge