UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT N GRIMES,

                              **Plaintiff,**                      24-CV-5643 (VF)

    -against-                                   **ORDER**

OUMAR CAMARA, et al.,

                              **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On May 16, 2025, this case was assigned to me from United States District John G. Koeltl, to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. The parties are ordered to file a joint status letter no later than **June 2, 2025**, informing the Court of the status of fact discovery.

        SO ORDERED.

DATED:      New York, New York
                May 19, 2025

                                                        VALERIE FIGUEREDO
                                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2025