USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 8/28/2025 __

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**ROBERT N GRIMES,**

                                 **Plaintiff,**

        **-against-**

**OUMAR CAMARA, et al.,**

                               **Defendants.**

**----------------------------------------------------------------X**

**24-CV-5643 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update certifying whether fact discovery is complete by **September 4, 2025**.

                        **SO ORDERED.**

DATED:      New York, New York
                August 28, 2025

                                              _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge